EDWARD H. Roos, Respondent, *v.* SAMUEL E. LAIRD, Appellant.

*Roos* v. *Laird*, 13 Misc. Rep. 780, affirmed.
(Argued March 15, 1898; decided April 19, 1898.)

APPEAL from a judgment of the General Term of the late Superior Court of Buffalo, entered July 30, 1895, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Eugene M. Bartlett* for appellant.

*Fred D. Corey* for respondent.

Judgment affirmed, with costs and ten per cent damages for delay, under section 3251 of the Code; no opinion.
All concur.